IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT IVY and JANICE IVY : | |
| : | CIVIL ACTION NO. 02-CV-3905 |
| Plaintiffs, : | |
| : | |
| v. : | |
| : | |
| BAYER CORPORATION; : | ENTRY OF APPEARANCE |
| BAYER AG; : | |
| GLAXOSMITHKLINE, PLC; : | |
| GLAXOSMITHKLINE; : | |
| SMITHKLINE BEECHAM : | |
| : | |
| Defendants. : | |

## ENTRY OF APPEARANCE

To the Clerk of the Court:

    Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Alison T. Conn and Kirstin J. Miller as attorneys for defendant GlaxoSmithKline PLC.

Respectfully Submitted,


_____       _____
Hope S. Freiwald                               Aline Fairweather


_____       _____
Alison T. Conn                                  Kirstin J. Miller


Dated: July _____, 2002          DECHERT PRICE & RHOADS
                                         4000 Bell Atlantic Tower
                                          1717 Arch Street
                                          Philadelphia, PA 19103-2793
                                          (215) 994-4000